UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

LOUIS AREVALO,                          )
                                        )
        Petitioner,                     )
                                        )
    vs.                                 )          Case No. 4:05CV00885 ERW (LMB)
                                        )
JIM MOORE,                              )
                                        )
        Respondent.                     )

## MEMORANDUM AND ORDER

This matter is before the Court upon the Report and Recommendation of United States

Magistrate Lewis M. Blanton [doc. #19] pursuant to 28 U.S.C. § 636(b).  The Court notes that no

objections were filed to the Report and Recommendation.  After  consideration of the issues, the

Court hereby sustains, adopts, and incorporates herein the Magistrate's Report and

Recommendation.  In addition, in order to issue a certificate of appealability "the applicant must

make a substantial showing of the denial of a constitutional right," which the petitioner has not

done in this case.  *See Slack v. McDaniel*, 529 U.S. 473, 483 (2000); *see also Langley v. Norris*,

465 F.3d 861, 863 (8th Cir. 2006).  Furthermore, the Court does not believe that reasonable jurists

might find the Court's decision debatable or wrong, for purposes of issuing a certificate of

appealability under 28 U.S.C. § 2253(c)(1)(A).  *Slack*, 529 U.S. at 483-84.  Therefore, the Court

shall not issue a certificate of appealability as to any claim raised in the Petition.

        Accordingly,

        **IT IS HEREBY ORDERED** that Petitioner Louis Arevalo's Petition for Writ of Habeas

Corpus [doc. #2] is **DENIED**.

**IT IS FURTHER ORDERED** that a Certificate of Appealability is **DENIED**.

Dated this 25th Day of January, 2008.


E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE